FILED 3 JAN '18 14:54 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-CR 00002 BR |
| v. | **INDICTMENT** |
| ALFRED DARNELL WARREN, | 21 U.S.C. §§ 813, 841(a)(1), (b)(1)(C); 18 U.S.C. § 751 |
| Defendant. | **Forfeiture Allegation** |

**THE UNITED STATES CHARGES:**

**COUNT 1**
**(Possession With Intent to Distribute Controlled Substances)**
**(21 U.S.C. §§ 813, 841(a)(1), 841(b)(1)(C))**

On or about August 19, 2016, in the District of Oregon, defendant **ALFRED DARNELL WARREN** did unlawfully and knowingly possess with intent to distribute: a mixture or substance containing detectable amount of heroin, a Schedule I controlled substance; a mixture or substance containing furanyl fentanyl, a Schedule I controlled substance; and 3, 4-dichloro-N-[2-(dimethylamino)cyclohexyl]-N-methylbenzamine), commonly referred to as "U-47700," a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 813, 841(a)(1) and 841(b)(1)(C).

//

## COUNT 2
### (Escape From Custody)
### (18 U.S.C. § 751)

On or about August 19, 2016, in the District of Oregon, defendant **ALFRED DARNELL WARREN**, did knowingly escape from custody of the Northwest Regional Reentry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Oregon upon conviction for the possession of a firearm as a convicted felon in violation of Title 18 United States Code, Section 922(g)(1), in violation of Title 18, United States Code, Section 751.

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated this 3RD day of January 2018.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
BENJAMIN TOLKOFF, NYSB #4294443
Assistant United States Attorney

**Indictment**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 2**